

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

> Request GRANTED. This case shall be STAYED for the duration of the shutdown. The initial pretrial conference and the associated submission deadlines shall be adjourned *sine die*, to be reset after the shutdown concludes. Defendant shall answer or otherwise respond to the Complaint no later than seven days after the conclusion of the shutdown.
>
> Dated: October 2, 2025
>        New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON
> United States District Judge**

October 1, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: <u>SEC v. Christine M. Hunsicker</u>, 1:25-cv-05897-JLR-SLC (S.D.N.Y.)

Dear Judge Rochon,

       Due to the current Federal Government shutdown – including a lapse of appropriations for the Securities and Exchange Commission ("SEC") – Plaintiff SEC respectfully requests that the Court stay this proceeding until the shutdown ends and continue all current deadlines to seven days after the conclusion of the shutdown. I have conferred with counsel for Defendant Christine M. Hunsicker ("Hunsicker"), who consent to this motion.

       The SEC filed its complaint in this action on July 18, 2025. (ECF No. 1) Hunsicker waived service (ECF No. 6), and her response is currently due on October 6, 2025 (ECF No. 11). October 6 is also the current deadline for the parties to submit a joint letter summarizing the case and proposing a discovery schedule. Your Honor has also scheduled the initial conference for October 16. (ECF No. 11.)

       As a result of the shutdown, most SEC personnel have been furloughed and are prohibited from working, except in limited circumstances. (The SEC's undersigned counsel was granted an exception to work for the limited purpose of contacting defense counsel about the shutdown and preparing this motion.) Because of these restrictions, the parties will not be able to confer over the proposed discovery schedule, or the required joint filing, and SEC counsel will not be able to participate in the initial conference during the shutdown. Under the circumstances, the SEC submits that it is appropriate to stay this case until the shutdown has ended.

       Accordingly, the SEC respectfully requests that this case be stayed until the Federal Government shutdown has ended, and requests that Hunsicker's deadline for responding to the

SEC's complaint and the parties' deadline for making the required joint submission (with a proposed discovery schedule) be reset to seven days after the conclusion of the shutdown. Defendant Hunsicker consents to this request.

Respectfully submitted:

SECURITIES AND EXCHANGE COMMISSION

*Suzanne J. Romajas*

Suzanne J. Romajas
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4473 (Romajas)
RomajasS@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*


Cc: All counsel of record (Via ECF)