UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION   :   NOTICE OF MOTION
:
                  Plaintiff,   :   ECF Case
:
        - against -   :   No. 25 Civ. 5897 (JLR)
:
CHRISTINE HUNSICKER,   :
:
                  Defendant.   :
:
------------------------------------------------------------- X

      PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Hunsicker*, 25 Cr. 318 (JPO) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Jay Clayton, United States Attorney for the Southern District of New York, and Marguerite B. Colson and Alexandra Rothman, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       October 3, 2025

                                                JAY CLAYTON
                                                United States Attorney

                                                /s/
                                                Marguerite B. Colson
                                                Alexandra Rothman
                                                Assistant United States Attorneys
                                                Telephone: (212) 637-2587/-2580