UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION :
:
                Plaintiff, :
:
                v. :        Civil Action
:        No. 25-cv-5897 (JLR)
:
CHRISTINE HUNSICKER, :        ~~PROPOSED~~ ORDER
:
                Defendant. :
------------------------------------------------------------------------x

       WHEREAS, on October 3, 2025, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Hunsicker*, 25 Cr. 318 (JPO) (the "Criminal Case"), in which an indictment has been returned; and

       WHEREAS, defendant Christine Hunsicker consents to the stay of this matter in its entirety;

       WHEREAS, the Securities and Exchange Commission ("SEC") does not object to the Government's request to stay this matter in its entirety;

       WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; and

       WHEREAS, a stay in this matter does not prevent the parties from proposing a consent judgment to the Court and does not preclude the Court's entry of any proposed consent judgment; it is hereby

       **ORDERED** that the Government's motion to intervene is GRANTED. It is further

       **ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case. It is further

**ORDERED** that the stay of this action does not prevent the parties from proposing a consent judgment to the Court and does not preclude the Court's entry of any proposed consent judgment. *

SO ORDERED.

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

October 6, 2025
DATE  New York, New York

*The parties shall file a joint letter to the Court no later than January 4, 2026, and every 90 days thereafter that the stay remains in place, updating the Court on the status of the Criminal Case.